DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MARIO MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) JOSE MARIO MEDRANO, ) ) Defendant. ) ) _____ ) | Cr.S. 10-459-GEB **STIPULATION AND [PROPOSED] ORDER** DATE: March 11, 2011 TIME: 9:00 a.m. JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, JOSE MARIO MEDRANO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, January 28, 2011, be continued to Friday, March 11, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, January 27, 2011, through and including the date of the new status conference hearing, March 11, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 27, 2011        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Matthew M. Scoble
                               MATTHEW M. SCOBLE
                               Assistant Federal Defender
                               Attorney for Defendant
                               JOSE MARIO MEDRANO

DATED: January 27, 2011        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Matthew M. Scoble
                               MICHELE BECKWITH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 11, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  January 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge