DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MARIO MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE MARIO MEDRANO,<br><br>    Defendant. | Cr.S. 10-459-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE:  June 24, 2011<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JOSE MARIO MEDRANO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, May 13, 2011, be continued to Friday, June 24, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, May 12, 2011, through and including the date of the new status conference hearing, June 24, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 12, 2011         Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Matthew M. Scoble
                            MATTHEW M. SCOBLE
                            Assistant Federal Defender
                            Attorney for Defendant
                            JOSE MARIO MEDRANO


DATED: May 12, 2011         BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Matthew M. Scoble
                            MICHAEL BECKWITH
                            Assistant U.S. Attorney
                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including June 24, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  May 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2