BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-2:10-459 GEB |
| Plaintiff, ) | |
| ) | ORDER GRANTING GOVERNMENT'S |
| v. ) | MOTION TO DISMISS REMAINING |
| JOSE MARIO MEDRANO, ) | |
| Defendant. ) | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The remaining counts in the Indictment in Case No. CR-S-2:10-459 GEB as to defendant JOSE MEDRANO are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated:  June 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge